IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RACHEL DEAN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION No. 2:05-cv-02248-JPM-tpm |
| CITY OF MEMPHIS and OFFICER PATRICK JOYNT, in his Individual and official capacity, | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION OF PLAINTIFF
FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S
MOTION TO DISMISS**

It appearing to this Court that plaintiff, Rachel Dean, should be afforded an additional ten (10) days within which to respond to Defendant's Motion to Dismiss, up to and including May 20, 2005;

It is, therefore, ORDERED, that the time within which plaintiff must respond to Defendant's Motion to Dismiss be, and the same hereby is, extended for ten (10) days, up to and including May 20, 2005.

It is so ORDERED this 11 day of May, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-16-05


UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

LEITNER, WILLIAMS, DOOLEY
& NAPOLITAN, PLLC

By: _____
JAY M. ATKINS #21371
Attorney for Plaintiff
254 Court Avenue, Second Floor
Memphis, TN 38103
(901) 527-0214

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02248 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Chris Turner
GENERAL SESSIONS COURT
Courthouse
140 Adams Avenue
Memphis, TN 38103

Rachel Dean
1470 Carr Avenue
Memphis, TN 38104

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Jon McCalla
US DISTRICT COURT