IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

RACHEL DEAN,

  Plaintiff,

vs.           Civ. No. <u>05-2248-Ml/P</u>

PATRICK JOYNT, et al.,

  Defendants.

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Before the court is plaintiff Rachel Dean's Motion for Leave to File Complaint, which the court will treat as a motion to amend the complaint, filed May 20, 2005 (dkt #7). Pursuant to Rule 15(a), and defendants having not timely filed any opposition thereto, the motion is hereby GRANTED.

IT IS SO ORDERED.

<u>  /s/ Tu M. Pham  </u>
TU M. PHAM
United States Magistrate Judge

<u>June 15, 2005</u>
Date



This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on <u>6-16-05</u>

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02248 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Chris Turner
GENERAL SESSIONS COURT
Courthouse
140 Adams Avenue
Memphis, TN 38103

Rachel Dean
1470 Carr Avenue
Memphis, TN 38104

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT