FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP -6 PM 5: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| RACHEL DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-2248 Ml/P |
| | ) | |
| OFFICER PATRICK JOYNT, | ) | |
| in his official and individual | ) | |
| capacities, and THE CITY | ) | |
| OF MEMPHIS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order
was entered on August 26, 2005, by United States Magistrate Judge
Tu M. Pham.  In accordance with the deadlines established in that
order, the trial and pretrial dates are set as follows before the
District Court:

1.   The jury trial in this matter, which is anticipated to
     last three (3) days, is set to begin <u>Monday, August 21,
     2006 at 9:30 a.m.</u> in courtroom no. 4.

2.   A pretrial conference is set for <u>Tuesday, August 15, 2006
     at 8:45 a.m.</u>

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __9-6-05__

3.   The joint pretrial order and proposed jury instructions
and voir dire questions are due by no later than 4:30
p.m. on <u>August 8, 2006</u>.


Absent good cause, the dates established by this order shall
not be extended or modified.


IT IS SO ORDERED this ___6___ day of September, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CV-02248 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Chris Turner
GENERAL SESSIONS COURT
Courthouse
140 Adams Avenue
Memphis, TN 38103

Rachel Dean
1470 Carr Avenue
Memphis, TN 38104

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT